Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants PDM Steel Service Centers, Inc.*
*and Reliance, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SAUL ESQUIVEL, | Case No.:  3:25-cv-00531-MMD-CSD |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION** |
| PDM STEEL SERVICE CENTERS, INC., a California Corporation; RELIANCE, INC., a Delaware Corporation, | |
| Defendants. | [ECF No. 28] |

Plaintiff Saul Esquivel ("Plaintiff") and Defendants PDM Steel Service Centers, Inc. and Reliance, Inc. ("Defendants") (collectively referred to as the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree to continue the date for the Early Neutral Evaluation (ENE) Session presently scheduled for April 9, 2026, at 9:00 a.m., before U.S. Magistrate Carla Baldwin (ECF No. 24), due to Defendants' representative not being available due to trial in another matter.

The Parties are coordinating to identify between three and five alternative dates and will provide those to the Court as soon as possible.

The parties further request that the confidential written evaluation statement be due to Magistrate Carla Baldwin's chambers one week prior to the new date of the ENE session by 4:00

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

p.m. This extension is sought in good faith, and not for the purpose of delay.

IT IS SO STIPULATED

DATED this 2nd day of April, 2026.

KEMP & KEMP

/s/ *James P. Kemp*

James P. Kemp
Nevada Bar No. 6375
7435 W. Azure Dr., Suite 110
Las Vegas, NV 89130

*Attorney for Plaintiff*

DATED this 2nd day of April, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Noel M. Hernandez*

Anthony L. Martin
Nevada Bar No. 8177
Noel M. Hernandez
Nevada Bar No. 13893
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES JUDGE

April 2, 2026
DATED

2