Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants PDM Steel Service Centers, Inc. and Reliance, Inc.*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

SAUL ESQUIVEL,

Plaintiff,

vs.

PDM STEEL SERVICE CENTERS, INC., a California Corporation; RELIANCE, INC., a Delaware Corporation,

Defendants.

Case No.: 3:25-cv-00531-MMD-CSD

**ORDER GRANTING STIPULATION AND ORDER FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE**

**(FIRST REQUEST)**

**Special Review Requested**

Defendants PDM Steel Service Centers, Inc. and Reliance, Inc. ("Defendants"), and Plaintiff Saul Esquivel ("Plaintiff") (collectively referred to as "Parties"), by and through their respective counsels, hereby submit the following Stipulation and Order for Extension of Dispositive Motion Deadline (First Request), pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 6-1, 7-1 and 26-3.

As detailed further herein, the additional time is necessary due to Defendant's counsel's pre-planned vacation and speaking engagements, which require travel, and to allow for the Parties further exploration of possible resolution. The Parties do not seek an extension of discovery, rather, the Parties agree to extend dispositive motion scheduling deadline by fourteen (14) days from

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

Wednesday, October 14, 2026 to **Wednesday, October 28, 2026**.

This is the first request for an extension of the dispositive motion deadline. The parties respectfully submit, pursuant to Local Rule 26-3, that good cause and excusable neglect exist for the requested extension. LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3. If the stipulation is made less than twenty-one (21) days before the expiration of a deadline, the parties must show a good cause exists. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Despite the diligent efforts of counsel, the current deadline cannot reasonably be met in light of defense counsel's pre-planned vacation and travel-related speaking commitments, and the Parties' ongoing efforts to explore resolution. The Parties have diligently litigated this matter, and the brief fourteen-day extension requested will not otherwise delay the progress of this case. The request is jointly made, so no party is prejudiced; the reasons for the request, counsel's pre-scheduled commitments and the Parties' settlement efforts, are legitimate; and the Parties act in good faith and not for purposes of delay.

/ / /

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

This is the first request for an extension of the dispositive motion deadline without a request to extend any other deadlines. This request is made in good faith and is not for the purpose of delay.

DATED this 6th day of October, 2026.

KEMP & KEMP

/s/ *James P. Kemp*
James P. Kemp
Nevada Bar No. 6375
7435 W. Azure Dr., Suite 110
Las Vegas, NV 89130

*Attorney for Plaintiff*

DATED this 6th day of October, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Noel M. Hernandez*
Anthony L. Martin
Nevada Bar No. 8177
Noel M. Hernandez
Nevada Bar No. 13893
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: October 6, 2026