JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Dr., Suite 110
Las Vegas, Nevada 89130
(702) 258-1183/(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff SAUL ESQUIVEL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
***

| | |
|---|---|
| SAUL ESQUIVEL,<br><br>Plaintiff,<br><br>vs.<br><br>PDM STEEL SERVICE CENTERS, Inc., a California Corporation; RELIANCE, INC., A Delaware Corporation,<br><br>Defendants. | Case No.: 3:25-cv-00531-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO FILE REPLY IN SUPPORT THEREOF**<br><br>[FIRST REQUEST] |

Pursuant to LR IA 6-1 and LR 26-3, Defendants PDM STEEL SERVICE CENTERS, INC. ("Defendants") and Plaintiff SAUL ESQUIVEL("Plaintiff"), by and through their undersigned counsel, hereby stipulate to extend time for Plaintiff to Respond to Defendants' Motion for Summary Judgment (ECF No. 38) from the current deadline of November 18, 2026 through and including **December 9, 2026** and to extend time for Defendants' to file their Reply in support of the Motion for Summary Judgment from the resulting deadline of December 23, 2026 through and including **January 13, 2027**. This is the first request for an extension of these specific deadlines. The requested extensions are sought in good faith and not for purposes of undue delay. The reasons for the extensions are as follows:

1. Plaintiff's counsel has been tied up in discovery matters in cases where discovery is concluding and there is a rush of final depositions. Additionally, the EEOC has

concluded processing on a number of Charges that are now in the 90 day right to sue period and he has been up against statutory deadlines to get those filed and still other cases that are in the process of being served and responded to. This has been heavier than normal. Plaintiff's counsel has also had multiple administrative workers' compensation hearings and appeals.

2. Plaintiff's counsel has not had time to meet with Mr. Esquivel to get his input in preparing the summary judgment response and will not be able to spend sufficient time on this until after the current November 18, 2026 deadline.

3. Plaintiff's counsel will also be traveling during and off for the Thanksgiving holiday.

4. Defendants request a reciprocal extension of their Reply deadline. Under the extended response deadline, Defendants' Reply would be due on December 23, 2026, in the midst of the holiday season, when Defendants' counsel and client representatives will have limited availability.

///

///

///

///

///

///

///

///

Accordingly, additional time is needed and extensions to **December 9, 2026** for Plaintiff's response and to **January 13, 2027** for Defendants' Reply should be sufficient.

IT IS SO STIPULATED.

KEMP & KEMP, ATTORNEYS AT LAW

*/s/ James P. Kemp*
James P. Kemp, Esq.
Nevada Bar No. 006375
7435 W. Azure Drive, Ste. 110
Las Vegas, NV 89130
*Attorney for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Noel M. Hernandez*
Anthony L. Martin
Nevada Bar No. 8177
Noel M. Hernandez
Nevada Bar No. 13893
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

DISTRICT JUDGE

November 18, 2026
DATE